**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:18-cr-00042-MR-DLH**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRYAN JAMISON WATTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal Memorandum in Support of Motion to Continue Docket Call [Doc. 40].

The Defendant, through counsel, moves the Court for leave to file a memorandum [Doc. 41] under seal in this case. For grounds, counsel states that the memorandum includes sensitive and personal information concerning the Defendant. The Government does not oppose the Defendant's motion to seal.

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Defendant's motion. The Defendant filed his motion on October 17, 2018, and it has been accessible to the public through the Court's electronic case filing system since that time. Further, the Defendant has demonstrated that the

subject memorandum contains sensitive information concerning the Defendant and that the public's right of access to such information is substantially outweighed by the Defendant's competing interest in protecting the details of such information.  Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the memorandum is necessary to protect the Defendant's privacy interests.

Accordingly, the Defendant's Motion to Seal is granted, and counsel shall be permitted to file the Memorandum in support of the Motion to Continue under seal.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal Memorandum in Support of Motion to Continue Docket Call [Doc. 40] is **GRANTED**, and the Defendant's Memorandum [Doc. 41] shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

Signed: October 18, 2018

David C. Keesler
United States Magistrate Judge