# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00042-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRYAN JAMISON WATTS, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal Memorandum in Support of Fourth Motion to Continue Docket Call. [Doc. 47].

The Defendant, through counsel, moves the Court for leave to file a memorandum [Doc. 46] under seal in this case. For grounds, counsel states that the memorandum pertains to certain medical information of Defendant and other matters, which if discussed on the public record, would defeat the purpose of sealing the memorandum. [Doc. 47]. Counsel further represents that the Government does not oppose Defendant's motion to seal. [Doc. 47].

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable

opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Defendant's motion. The Defendant filed his motion of December 14, 2018, and it has been accessible through the Court's electronic case filing system since that time. Further, the Defendant has demonstrated that the subject memorandum contains sensitive information concerning the Defendant and that the public's right of access to such information is substantially outweighed by the Defendant's competing interest in protecting the details of such information. Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the memorandum is necessary to protect the Defendant's privacy interests.

Accordingly, the Defendant's Motion to Seal is granted, and counsel shall be permitted to file the Memorandum in Support of the Motion to Continue under seal.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Seal [Doc. 47] is **GRANTED**, and Defendant's Memorandum in Support of Fourth Motion to Continue Docket Call [Doc. 46] shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

Signed: December 17, 2018

Martin Reidinger
United States District Judge