# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:18 CR 42

**FILED**
ASHEVILLE, NC

APR 3 0 2019

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CERTIFICATION** |
| | ) | |
| BRYAN JAMISON WATTS | ) | |
| | ) | |

**NOW COMES** Bryan Jamison Watts, who being first duly sworn to tell the truth states and certifies that after consulting with my attorney, Richard E. Cassady, and pursuant to the ~~Plea~~ Amended Plea Agreement (Doc. ~~51~~ 57) entered into and filed in this matter on ~~February 20~~ April 30, 2019 that I, Bryan Jamison Watts, do hereby state, certify, and stipulate that the Factual Basis (Doc. 52) filed in this matter and all the information and statements therein are true and accurate and had this matter proceeded to trial, the United States would have been able to prove the statements in the Factual Basis beyond a reasonable doubt.

This the 30TH day of APRIL 2019.

_____
Bryan Jamison Watts, Defendant


<u>Defendant's Counsel's Signature</u>: I am the attorney for Bryan Jamison Watts. I have carefully reviewed the Factual Basis (Doc. 52) filed in this matter with Defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary decision.


This the 30TH day of APRIL 2019.

_____
Richard E. Cassady, Counsel for Defendant